Timothy B. Del Castillo (SBN 277296)
tde@castleemploymentlaw.com
Lisa L. Bradner (SBN: 197952)
lb@castleemploymentlaw.com
Spencer S. Turpen (SBN: 296483)
st@castleemploymentlaw.com
CASTLE LAW: CALIFORNIA EMPLOYMENT COUNSEL, PC
2999 Douglas Blvd., Suite 180
Roseville, CA 95661
Telephone: (916) 245-0122

Avalon J. Fitzgerald (SBN: 288167)
afitzgerald@rtwlawllp.com
Jake C. Weaver (SBN: 300962)
jweaver@rtwlawllp.com
REYNOLDS TILBURY WOODWARD LLP
11601 Blocker Drive, Suite 105
Auburn, CA  95603
Telephone: (530) 885-8500

Attorneys for Defendant GESICK CONCRETE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CASHPAL, individually and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GESICK CONCRETE, INC., a corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  2:23-cv-00496-KJM-DB<br><br>**STIPULATION FOR ARBITRATION AND ORDER** |

Plaintiff Carlos Cashpal ("Plaintiff") and Defendant Gesick Concrete, Inc. ("Defendant") (together, "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint in the Superior Court of California, County of Sacramento, on November 30, 2022, in Case No. 34-2022-00330545, alleging claims individually and on behalf of a putative class (the "Action").

2. Defendant removed the Action to this Court on March 15, 2023.

3. The Parties have agreed to arbitrate Plaintiff's individual wage-and-hour claims alleged in the Action as required by the Northern California AGC/Laborers Master Agreement, which contains a class action waiver.

4. The arbitration shall be with AAA per the AAA Employment Arbitration Rules and Mediation Procedures.

5. All claims brought by Plaintiff on behalf of the putative class in the Action shall be dismissed.

6. In light of the foregoing facts, the above-captioned case shall be stayed in its entirety pending the outcome of the arbitration, subject to a later motion to confirm the arbitration award, if any.

IT IS SO STIPULATED.

Dated: May 19, 2023                WILSHIRE LAW FIRM, PLC

                                   By:  /s/  Zachary D. Greenberg (as authorized on 5/19/23)
                                        Justin F. Marquez
                                        Christina M. Le
                                        Zachary D. Greenberg
                                        Attorneys for Plaintiff CARLOS CASHPAL

/ / /




Dated:  May 19, 2023               REYNOLDS TILBURY WOODWARD LLP

1
2          By: ___/s/___Avalon J. Fitzgerald___
3                       Avalon J. Fitzgerald
                        Jake C. Weaver
4              Attorneys for Defendant GESICK
                        CONCRETE, INC.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The parties having stipulated, and good cause appearing, it is HEREBY ORDERED:

1. Plaintiff's individual wage-and-hour claims in the above-captioned case shall be SUBMITTED TO ARBITRATION before the AAA and arbitrated per the AAA Employment Arbitration Rules and Mediation Procedures.

2. Plaintiff's claims brought on behalf of the putative class in the above-captioned case are hereby DISMISSED.

3. The above-captioned case shall be STAYED in its entirety pending the AAA arbitration, subject to a later motion to confirm the arbitration award, if any.

4. Parties are directed to file a joint status report no later than one hundred and twenty (120) days from this order updating the court on the status of arbitration proceedings.

IT IS SO ORDERED.

DATED: June 9, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE