UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carlos Cashpal, | No. 2:23-cv-00496-KJM-SCR |
| Plaintiff, | ORDER |
| v. | |
| Gesick Concrete, Inc., et al., | |
| Defendants. | |

Defendants represented in a recent notice that this action has settled. ECF No .27. Defense counsel also states in the same notice that "Plaintiff's counsel has not responded to Defendant's counsel's request for a status update," and counsel asks the court to order plaintiff to show cause why this action should not be dismissed with prejudice. *Id.* at 2. Plaintiff has not addressed defendant's notice or the assertions within it. Plaintiff is therefore **ordered to show cause within seven days** why this action should not be dismissed with prejudice.

IT IS SO ORDERED.

DATED: April 16, 2025.

UNITED STATES DISTRICT JUDGE

1