UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carlos Cashpal,<br><br>    Plaintiff,<br><br> v.<br><br>Gesick Concrete, Inc., et al,<br><br>    Defendants. | No. 2:23-cv-00496-KJM-SCR<br><br>ORDER |

  The court is in receipt of plaintiff's response, ECF No. 29, to the court's order to show cause as to why this matter should not be dismissed with prejudice for failure to respond to "Defendant's counsel's request for a status update."  Order (Apr. 17, 2025), ECF No. 28.

  Plaintiff asserts parties have since been in communication and are currently executing a settlement agreement.  Plaintiff explains the need for translations and coordinating between four signatories to have caused the delay in settlement.  Despite these delays, plaintiff represents the parties will complete the settlement process and file the required request for dismissal within forty-five days.  Plaintiff thus requests the court continue the order to show cause by forty-five days.  Good cause appearing, the court **grants** plaintiff's request, but warns the parties that future failures to respond to the requests of opposing counsel and future delays not supported by good cause may result in sanctions or a dismissal of the case with prejudice.

  IT IS SO ORDERED.

DATED:  May 6, 2025.

UNITED STATES DISTRICT JUDGE